UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Ronald Pilarchik & Leah Pilarchik,

Debtor.

Case No.: 16-22029-JNP

Adv. No.: _____

Chapter: 13

Hearing Date: 8/4/2020

Judge: Kaplan

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Denise Carlon, Esq.__,

   ☒ am the attorney for: __MidFirst Bank__

   ☐ am self-represented

   Phone number: __201-549-2363__

   Email address: __dcarlon@kmllawgroup.com__

2. I request an adjournment of the following hearing:

   Matter: __Secured Creditor's Certification of Default (Docket # 147)__

   Current hearing date and time: __6/1/2021 @ 9:00 a.m.__

   New date requested: __6/22/2021 @ 9:00 a.m.__

   Reason for adjournment request: __To allow the parties time to amicably resolve the issues at hand.__

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 5/18/2ivement_____    /s/ Denise Carlon_____
                                              Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 6/22/2021 at 11:00am          ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*